1  DANIEL AZIZI, ESQ., SBN 268995
   LIILIUOKALANI MARTIN, ESQ. SBN 292778
2  MICHAEL JUAREZ-MUNOZ, ESQ SBN 341142
   **DOWNTOWN L.A. LAW GROUP**
3  910 S. Broadway
   Los Angeles, California 90015
4  Phone: (213) 389-3765
   Fax:  (877) 389-2775
5  Email:  Daniel@downtownlalaw.com
   Email:  Lili@downtownlalaw.com
6  Email:  Michael@downtownlalaw.com
   Attorney(s) for Plaintiff: CESAR MADRIGAL
7

8  Shannon B. Nakabayashi (State Bar No. 215469)
   JACKSON LEWIS P.C.
9  50 California Street, 9th Floor
   San Francisco, California 94111-4615
10 Telephone:  (415) 394-9400
   Facsimile:  (415) 394-9401
11 E-mail:  Shannon.Nakabayashi@jacksonlewis.com

12 Isabella L. Shin (State Bar No. 294937)
   JACKSON LEWIS P.C.
13 160 W. Santa Clara Street, Suite 400
   San Jose, California 95113
14 Telephone:  (408) 579-0404
   Facsimile:  (408) 454-0290
15 E-mail:  Isabella.Shin@jacksonlewis.com

16 Attorneys for Defendants SMG EXTOL, LLC and
   DIRECT LINE GLOBAL, LLC

17
18                        UNITED STATES DISTRICT COURT

19                       NORTHERN DISTRICT OF CALIFORNIA

20

21 | CESAR MADRIGAL, and individual and on behalf of aggrieved employees | Case No.  3:22-cv-07351-RS  ORDER |
   |---|---|
22 | Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
23 | v. | State Complaint Filed:  August 3, 2022 |
24 | SMG EXTOL, LLC, a California limited liability company doing business as DIRECT LINE and SMG EXTOL; DIRECT LINE GLOBAL, LLC., a California limited liability company; and DOES 1 through 20, inclusive, | |
25 | | |
26 | | |
27 | Defendants. | |
28 | | |

---

                                                              1                    Case No.   3:22-cv-07351-RS

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff CESAR MADRIGAL ("Plaintiff") and Defendants SMG EXTOL, LLC and DIRECT LINE GLOBAL, LLC ("Defendants") (collectively, "Parties"), by and through their counsel of record, submit this Joint Stipulation to Continue Case Management Conference Scheduled for November 16, 2023 at 10:00 a.m.

**RECITALS**

WHEREAS, the Parties require additional time to finalize the Supplemental Preliminary Approval Motion as directed by the Court at the preliminary approval hearing held on November 2, 2023;

WHEREAS, the Parties have no updates for the Court pending the filing of the Supplement Preliminary Approval Motion.

THEREFORE, the Parties, by and through their undersigned counsel of record, hereby stipulate and request that the Court:

1. Continue the Case Management Conference Scheduled for November 16, 2023 at 10:00 a.m. to January 18, 2024 at 10:00 am.

Date: November 7, 2023

DOWNTOWN LA LAW GROUP, LLP

By: */s/ Michael Juarez-Munoz*
Daniel Azizi
Michael Juarez-Munoz
Liliuokalani Martin
Counsel for Plaintiff

Date: November 7, 2023

JACKSON LEWIS P.C.

By: */s/ Isabella L. Shin*
Shannon B. Nakabayashi
Isabella L. Shin
Attorneys for Defendants
SMG EXTOL, LLC and
DIRECT LINE GLOBAL, LLC

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Richard Seeborg — Date: 11/9/2023]

4871-8850-6510, v. 1