Liliuokalani Martin (SBN 292778)
Lili@downtownlalaw.com
DOWNTOWN LA LAW GROUP, LLP
910 S. Broadway
Los Angeles, CA  90015
Telephone: (213) 389-3765
Facsimile: (877) 389-2775

Attorneys for Plaintiff
CESAR MADRIGAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR MADRIGAL, and individual and on behalf of aggrieved employees<br><br>Plaintiff,<br>v.<br><br>SMG EXTOL, LLC, a California limited liability company doing business as DIRECT LINE and SMG EXTOL; DIRECT LINE GLOBAL, LLC., a California limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  3:22-cv-07351- RS<br><br>**ORDER**<br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>State Complaint Filed:  August 3, 2022 |

**TO THE DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

IT IS HEREBY STIPULATED, between Plaintiff CESAR MADRIGAL ("Plaintiff") and Defendants SMG EXTOL, LLC, a California limited liability company doing business as DIRECT LINE and SMG EXTOL; DIRECT LINE GLOBAL, LLC., a California limited liability company ("Defendants"), by and through their respective attorneys of record, that all of Plaintiff's claims against Defendants in Case No. 3:22-cv-07351-SK of the Northern District Court are DISMISSED WITH PREJUDICE, each party to bear its own attorney's fees and costs.

DATED: October 02, 2024            **DOWNTOWN LAW GROUP, LLP**

By:  /s/ Liliuokalani H. Martin
     Liliuokalani Martin
     Attorneys for Plaintiff
     CESAR MADRIGAL

Date: November 7, 2023             JACKSON LEWIS P.C.

By:   /s/ Shannon B. Nakabayashi
      Shannon B. Nakabayashi
      Isabella L. Shin
      Attorneys for Defendants
      SMG EXTOL, LLC and
      DIRECT LINE GLOBAL, LL

**ORDER**

Based upon the foregoing stipulation of the Parties, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that this matter be dismissed in its entirety with prejudice, each party to bear its own attorney's fees and costs.

The October 03, 2024 Order to Show Cause re: Dismissal date, and all related dates, are now vacated.

DATED this  **3rd**   day of   **October**  , 2024.

[signature]

DISTRICT COURT JUDGE